## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:18-cv-336-JLS-SHK                                      Date: March 22, 2018

Title: Yancy Alvarez et al. v. Access General Insurance et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER (1) STAYING PROCEEDINGS; (2) DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO REMAND (Doc. 11); AND (3) DENYING AS MOOT STIPULATION TO CONTINUE MOTION TO REMAND**

   The Court has reviewed Defendant's Notice of Liquidation Order and Automatic Stay.  (Doc. 15.)  In light of the Notice, the Court STAYS this proceeding pending the resolution of the action in Texas state court.  The Court DENIES Plaintiffs' Motion to Remand (Doc. 11) WITHOUT PREJUDICE to refiling upon the lifting of the stay.  The Court also DENIES AS MOOT the parties' stipulation to move the hearing on that Motion.  (Doc. 14.)  Defendant is ORDERED to file a status report every six months regarding the proceedings in Texas.

                                                                Initials of Preparer:  tg