Case No. 5:18-cv-336-JLS-SHK　　　　　　　　　　　　Date: June 12, 2019
Title: Yancy Alvarez et al. v. Access General Insurance et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

Not Present　　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

　　The Court is in receipt of Defendant's Status Report regarding the liquidation proceedings in Texas. (Doc. 23.) Defendant's counsel indicates that Plaintiff's claim is "a matter to be handled by the Texas liquidator." (Lee Decl. ¶ 6, Doc. 23-1.)

　　Accordingly, the Court ORDERS Plaintiff to show cause in writing, no later than five (5) days from the date of this Order, why this case should not be dismissed and handled in the liquidation proceeding. Failure to timely and adequately respond to this Order will result in the dismissal of this action.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer: tg