UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:18-cv-00336-JLS-SHK                                                      Date:  June 25, 2019
Title:  Yancy Alvarez et al. v. Access General Insurance et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                 Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

　　On June 12, 2019, the Court ordered Plaintiff to show cause why this action should not be dismissed and handled in the liquidation proceeding.  (*See* OSC, Doc. 24.)  Plaintiff failed to respond to the Court's Order.
　　Accordingly, the Court DISMISSES this action for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer:  tg